VINCENT CAMMARATA et al., Appellants, *v.* NASSAU APPLIANCE COMPANY et al., Respondents, Impleaded with Another.

Submitted May 20, 1940; decided May 28, 1940.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 795.)